AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

HENRY FROMETA GONZALEZ,

    Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:15-cv-115-RCJ-WGC**

JAMES GREG COX, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is dismissed in its entirety, with prejudice, for failure to state a claim.

  July 9, 2015                                      **LANCE S. WILSON**
                                                          Clerk

                                                          /s/ D. R. Morgan
                                                            Deputy Clerk